MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com
*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SEQUOIA VILLAGE HOMEOWNERS ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 3:16-cv-00756-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND QUIET TITLE** |

Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") and defendant Sequoia Village Homeowners Association ("Sequoia"), being the only parties to have appeared in this matter, stipulate as follows:

1. This matter relates to real property located at 1271 Redwood Circle, #2, Gardnerville, Nevada, 89460, APN 1220-16-310-018 (the "Property"). The Property is more specifically described as:

> Lot 18, in Building c, as set forth on the map of SEQUOIA VILLAGE TOWNHOUSES 1, filed for record in the office of the County Recorder of Douglas County, Nevada on November 14, 1979, in Book 1179, Page 776, as Document No. 38712, and as corrected by Certificate of Amendment recorded July 14, 1980, as Document No, 46136

APN 1220-16-310-018

APN 1220-16-310-018
45742828;1
45742828;1

2. Freddie Mac is the title holder to the Property pursuant to a Foreclosure Deed recorded in the Douglas County Recorder's Office against the Property on March 20, 2014 as Document No. 839725 (the "DOT Foreclosure Deed"), which resulted from the foreclosure of a deed of trust recorded against the Property in the Douglas County Recorder's Office on April 30, 2007 as Document No. 0700150 (the "Deed of Trust"), which was executed by Norman K. Whitney ("Borrower") to secure a promissory note in the original amount of $134,500.00. Freddie Mac has not transferred its interest in the Property and is still the title holder of record.

3. On January 15, 2014, Sequoia recorded a Foreclosure Deed as Instrument Number 836705 of the Official Records of Douglas County, Nevada (the "HOA Foreclosure Deed"), reflecting that Sequoia acquired the Property via credit bid at a foreclosure sale of the Property held December 18, 2013 (the "HOA Foreclosure Sale").

4. On December 27, 2016, Freddie Mac initiated a quiet title action against Sequoia and Nevada Association Services, Inc. in the United States District Court, District of Nevada, Case No. 3:16-cv-00756 (the "Quiet Title Action").

5. The Parties have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

6. Among other things in the settlement agreement, Freddie Mac and Sequoia agree that Sequoia will transfer any and all interest it acquired as a result of the HOA Foreclosure Sale and HOA Foreclosure Deed to Freddie Mac via a grant, bargain, and sale deed.

7. Among other things in the settlement agreement, Freddie Mac and Sequoia agree that, upon delivery of the grant, bargain, and sale deed, title to the Property is quieted in Freddie Mac's favor. Sequoia disclaims all right, title, or interest in the Property as a result of the HOA Foreclosure Sale and the HOA Foreclosure Deed.

//
//
//
//

APN 1220-16-310-018
45742828;1
45742828;1

8. Freddie Mac and Sequoia further stipulate and agree that this matter be dismissed in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted by:

Dated: Sept. 10, 2018.

**AKERMAN LLP**

/s/ Jamie K Combs
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com
*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

Dated: September 6, 2018.

**LEACH KERN GRUCHOW**

/s/
DONNA A. ZANETTI, ESQ.
Nevada Bar No. 12904
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173
Email: dzanetti@leachjohnson.com
*Attorneys for Defendant Sequoia Village Homeowners Association*

APN 1220-16-310-018
45742828;1
45742828;1

<div style="text-align: left; margin-left: 2em;">AKERMAN LLP<br>
1635 VILLAGE CENTER CIRCLE, SUITE 200<br>
LAS VEGAS, NEVADA 89134<br>
TEL.: (702) 634-5000 – FAX: (702) 380-8572</div>

## ORDER

Based on the above stipulation between plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") and defendant Sequoia Village Homeowners Association ("Sequoia"), the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that title to the real property located 1271 Redwood Circle, #2, Gardnerville, Nevada, 89460, APN 1220-16-310-018 (the "Property") is quieted in favor of Freddie Mac.

**IT IS FURTHER ORDERED** that this constitutes the final Order of this Court, resolving all claims, and that this case is **DISMISSED** in its entirety with prejudice, each party to bear its own fees and costs.

DATED this __10th__ day of __September__, 2018.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:
**AKERMAN LLP**

/s/ _Jamie K Combs_
MELANIE D. MORGAN, Esq.
Nevada Bar No. 8215
JAMIE K. COMBS, Esq.
Nevada Bar No. 13088
1635 Village Center Cir., Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com
*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

APN 1220-16-310-018
45742828;1
45742828;1